Disposition of Petitions for Discretionary Review Under G.S. 7A-31

STATE v. BERRY

No. 58 PC.

Case below: 35 N.C. App. 128.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 April 1978.

STATE v. CARRINGTON

No. 51 PC.

Case below: 35 N.C. App. 53.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 April 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 April 1978.

STATE v. CLEMMONS

No. 70 PC.

Case below: 35 N.C. App. 192.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 April 1978.

STATE v. EPLEE

No. 62 PC.

Case below: 35 N.C. App. 277.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 April 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 April 1978.

STATE v. LEE

No. 55 PC.

Case below: 35 N.C. App. 155.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 April 1978.